## UNION CASUALTY AND SURETY COMPANY *v.* WINSHIP.

LITTLE, J.　Whether the receipt admitted in evidence was or was not relevant depended on the conclusions to be drawn from other testimony in the case ; and the court, in allowing this paper to go to the jury, did so under proper limitations.　It does not, therefore, appear that there was any error in admitting the document.　This being so, the special ground of the motion for a new trial is without merit ; and so also are the general grounds, there being in the record evidence sufficient to support the verdict.

*Judgment affirmed.　All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided July 23, 1902.

Complaint.　Before Judge Felton.　Bibb superior court.　December 2, 1901.

*B. J. Dasher*, for plaintiff.
*T. J. Cochran* and *J. M. Moore*, for defendant.

---

## JONES *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

FISH, J.　Although there was evidence from which the jury could have found that the plaintiff's husband, an employee of the defendant company, for whose homicide the suit was brought, was killed by the running of the defendant's train, yet as it neither affirmatively appeared that he was without negligence, nor that the defendant was negligent, the judge of the superior court did not err in refusing to sanction a petition for certiorari, complaining of the grant of a nonsuit upon the trial of the case in the city court.

*Judgment affirmed.　All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided July 23, 1902.

Certiorari. · Before Judge Felton.　Bibb superior court.　January 9, 1902.

*John R. Cooper* and *Marion W. Harris*, for plaintiff.
*Hall & Wimberly* and *J. E. Hall*, for defendant.